UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**VINCENT MILES,**
   **Plaintiff,**

   vs.                  04-1082

**ARTHUR D. FUNK, et al.,**
   **Defendants**

### ORDER

  Before the court is the motion to dismiss claim three by defendants Funk et al. (d/e 36). The defendants argue that claim three on the grounds that, if it is a negligence claim, there is not affidavit attached as required under 735 ILCS 5/2-622. The plaintiff has asked for additional time to comply with that statute, noting that he has still not received all his medical records that he needs to obtain that affidavit (d/e 57).

  The motion is denied. The plaintiff represents he is still trying to obtain the medical records he needs in order to comply with the statute. The court therefore believes dismissal of claim three would be premature. The defendants may renew their objections to the affidavit if and when it is filed with the court. The court does not rule at this time on the plaintiff's motion for an extension to obtain the affidavit, as the response time has not passed.

  IT IS THEREFORE ORDERED that the Motion to Dismiss Claim Three filed by defendants Funk et al. is denied (d/e 36).

Entered this 28th day of September, 2005.

                   s\Harold A. Baker

                   HAROLD A. BAKER
                 UNITED STATES DISTRICT JUDGE